No. 80–1188. EDGAR *v.* MITE CORP. ET AL. C. A. 7th Cir. [Probable jurisdiction noted, 451 U. S. 968.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for additional time for oral argument granted, and 15 additional minutes allotted for that purpose. Motion of appellant for divided argument to permit New York to participate in oral argument as *amicus curiae* granted, and 15 additional minutes allotted for that purpose. Motion of North American Securities Administrators Association, Inc., for leave to file a brief as *amicus curiae* granted.

No. 80–1251. UNITED STATES *v.* VOGEL FERTILIZER CO. Ct. Cl. [Certiorari granted, 450 U. S. 994.] Motion of Delta Metalforming Co., Inc., for leave to file a brief as *amicus curiae* denied.

No. 80–1257. DONALD SCHRIVER, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL., 451 U. S. 976. Motion of Center on National Labor Policy for leave to file a brief as *amicus curiae* in support of petition for rehearing denied.

No. 80–1345. KAISER STEEL CORP. *v.* MULLINS ET AL. C. A. D. C. Cir. [Certiorari granted, 451 U. S. 969.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 80–6045. KREMER *v.* CHEMICAL CONSTRUCTION CORP. C. A. 2d Cir. [Certiorari granted, 452 U. S. 960.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 80–1348. FLORIDA DEPARTMENT OF STATE *v.* TREASURE SALVORS, INC., ET AL. C. A. 5th Cir. [Certiorari granted, 451 U. S. 982.] Motion of Sydney H. McKenzie III, Esquire, to permit Susan E. Gamble to present oral argument *pro hac vice* granted.